Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jodey Bayle                                   Docket No. 03-00005-002 Erie

**Petition on Probation**

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jodey Bayle, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, on the 6th day of October 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall perform 50 hours of community service as directed by the probation officer.
- The defendant shall pay a special assessment of $100.

<u>10-06-03</u>:   Conspiracy to Sell and Offer for Sale Drug Paraphernalia; 3 years' probation; Currently supervised by United States Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports that the probationer has been employed and compliant with the conditions of his probation, and further monitoring by the Probation Office is deemed unnecessary. Therefore, it is respectfully recommended that the case be allowed to close prior to the full-term expiration on October 6, 2006.

PRAYING THAT THE COURT WILL ORDER that the probation supervision at Criminal No. 03-00005-002 Erie be terminated early and the case be marked closed.

|  |  |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| ORDER OF COURT | Executed on  September 16, 2005 |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | _____ <br> Matthew L. Rea <br> U.S. Probation Officer |
| _____ <br> U.S. District Judge/Magistrate | _____ <br> Gerald R. Buban <br> Supervising U.S. Probation Officer |
| | Place:   Erie, PA |