# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### Probation and Pretrial Services Office

**Theodore W. Johnson**
Chief U.S. Probation Officer

**Glenn W. Mole**
Deputy Chief U.S. Probation Officer



17 South Park Row
Rm. B-140, P.O. Box 1598
Erie, PA 16507-1598
Telephone: 814-464-9650
Fax: 814-464-9657

September 16, 2005

The Honorable Sean J. McLaughlin
United States District Judge
17 South Park Row, Room A-250
Erie, Pennsylvania 16501

Dear Judge McLaughlin:

      RE:    BAYLE, Jodey
            Criminal No. 03-00005-002 Erie
            **Request for Early Termination**

      On October 6, 2003, the defendant was sentenced by the Court to three years' probation as a result of his conviction for one count of Conspiracy to Sell and Offer for Sale Drug Paraphernalia. As a special condition of his probation, Mr. Bayle must complete 50 hours of community service.

      Since his placement on probation, the defendant has been gainfully employed as an over-the-road truck driver and has completed his community service. Mr. Bayle has been compliant with the conditions of his supervised release and has been cooperative with this office. This case is presently scheduled to expire on October 5, 2006. It is the opinion of the Probation Office that there no longer exists the need to continue monitoring this individual. Therefore, it is respectfully recommended that the case be allowed to close early. Should the Court agree with this course of action, a petition is presented for signature. If the Court prefers another course of action, please feel free to contact the undersigned at 814-464-9650.

Respectfully submitted,

Matthew L. Rea
U.S. Probation Officer

Reviewed and approved:

Gerald R. Buban
Supervising U.S. Probation Officer

MLR:kjh

Enclosure: Petition